FILED
February 20, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )   Case No. CR. S-09-0054 WBS-4
            Plaintiff,               )
v.                                   )   ORDER FOR RELEASE OF
                                     )   PERSON IN CUSTODY
HOLLY ARMADA HAWORTH,                )
                                     )
            Defendant.               )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  HOLLY ARMADA HAWORTH , Case No. CR. S-09-0054 WBS-4 , Charge  Title 18 USC § 371 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

X  Bail Posted in the Sum of $ 50,000

X  Unsecured Appearance Bond  to be replaced by secured bond within 3 weeks.

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

X  (Other)  Pretrial Services Supervision of Conditions of Release

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  February 20, 2009  at  4:00  pm.

By  Dale A. Drozd
    United States Magistrate Judge