BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. S-09-00054 WBS |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| HOLLY HAWORTH, | ) |
| | ) Time: 8:30 am |
| Defendants. | ) Date: Monday, October 26, 2009 |
| | ) Court: Hon. William B. Shubb |

    Defendant Holly Haworth, by and through her attorney, and the government, by and through the undersigned Assistant United States Attorney request that the Judgment and Sentencing currently set for Monday, November 16, 2009, at 8:30 a.m., be continued to Monday, December 7, 2009, at 8:30 a.m.

    Defense Counsel has had a family emergency that will prevent

///
///
///
///
///

1

her from appearing on November 16, 2009.  She is available the following week; however, government counsel is not available until December 7, 2009.

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


 DATED: November 12, 2009     By:   */s/ Kyle Reardon*
                                    KYLE REARDON
                                    Assistant U.S. Attorney



 DATED: November 12, 2009     By:   */s/ Kyle Reardon* for
                                    LINDSAY WESTON
                                    Attorney for Defendant

                              **ORDER**

     APPROVED AND SO ORDERED.


DATED:  November 13, 2009

                              _____
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE