UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 07 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HOLLY ARMADA HAWORTH, )<br>)<br>Defendant. )<br>_____ ) | Case No. CR S-09-054-04 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **HOLLY ARMADA HAWORTH** Case CR S-09-054-04 WBS from custody for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    __ Unsecured bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    **X**   (Other)  **Defendant sentenced to a term of TIME SERVED.**

Issued at  Sacramento, CA  on  October 7, 2013  at  10:00 a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing